**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CLARENCE ANDERSON**                                                                              **PLAINTIFF**

**V.                              CASE NO. 3:16-CV-258-JM-BD**

**ALLISON YORK-HUCKABEE, et al.**                                                      **DEFENDANTS**

## ORDER

A Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, no objections have been filed, however, Plaintiff filed an Amended Complaint on October 24, 2016 in which he clarifies his deliberate indifference claim. Based upon Plaintiff's Amended Complaint, the Court declines to adopt the Recommendation as to Plaintiff's deliberate indifference claim, that claim will proceed. The Recommendation is approved and adopted in all other respects.

Mr. Anderson may proceed on his excessive force claim against Defendants Cook, Matthews, Jones, Cagle, and Underwood in their individual capacity and on his deliberate indifference claim against K. Johnson and T. Huggins. The Clerk is directed to add LPN. K. Johnson and LPN. T. Huggins as Defendants in this case. All remaining claims are DISMISSED, without prejudice. The Clerk is directed to terminate Defendants York-Huckabee, Carter, Keller, Looney, and Cobb as party Defendants.

Plaintiff seeks to add Scott H. Callahan and Billy Blevins as Plaintiffs in this case. The Clerk is directed to sever these claims and file them as separate lawsuits.

IT IS SO ORDERED, this 1st day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE