IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT H. CALLAHAN     PLAINTIFF

v.     No. 3:16-cv-317-DPM

JONES, MATTHEWS, CAGLE,
COOK, UNDERWOOD, all Officers,
Greene County Detention Center;
K. JOHNSON and T. HUGGINS,
both LPNs, Greene County Detention
Center     DEFENDANTS

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Callahan hasn't complied with the Court's 15 November 2016 Order; and the time to do so has passed. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 February 2017