IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT H. CALLAHAN                                       PLAINTIFF

v.                    No. 3:16-cv-317-DPM

JONES, MATTHEWS, CAGLE,
COOK, UNDERWOOD, all Officers,
Greene County Detention Center;
K. JOHNSON and T. HUGGINS,
both LPNs, Greene County Detention
Center                                                DEFENDANTS

## JUDGMENT

Callahan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2017